# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING US, INC.

NO. 2019 CW 0770

VERSUS

WILLIAMS OLEFINS, L.L.C. AND THE WILLIAMS COMPANIES, INC.

**SEP 0 3 2019**

---

In Re:  Williams Olefins, LLC and The Williams Companies, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76976.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's May 17, 2019 judgment in open court granting portions of the Motion for Partial Summary Judgment of SABIC Petrochemicals Holding US, Inc. regarding breach of contract claims is reversed. Under our *de novo* review, we find the trial court erred in granting relief not requested in the motion. La. Code Civ. P. art. 966(F); **Jackson v. City of Zachary**, 2017-1583 (La. App. 1st Cir. 8/6/18), 256 So.3d 323, 329. Moreover, genuine issues of material fact as to whether the actions or inactions of Williams Olefins, L.L.C. and The Williams Companies Inc. constituted a breach of the terms of the 1966 Operating Agreement precluding the granting of this motion for partial summary judgment. La. Code Civ. P. art. 966(A)(3) and (D). Accordingly, the Motion for Partial Summary Judgment filed by plaintiff, SABIC Petrochemicals Holding US, Inc., regarding breach of contract claims is denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT